**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANISH KUMAR,<br><br>                Petitioner,<br><br>     v.<br><br>PAM BONDI, *in her official capacity as Attorney General*, **et al.,**<br><br>                Respondents. | NO. EDCV 26-01152 JLS (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the submissions filed by the parties, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has passed and no objections were filed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that: (1) Judgment shall be entered granting the Petition; and (2) a writ of habeas corpus shall issue making permanent the relief provided in the Temporary Restraining Order and Preliminary Injunction issued by this Court on March 20 and 30, 2026, respectively – namely – prohibiting Petitioner's re-detention: (a) absent

1

written notice of the reasons for the re-detention, provided to Petitioner and his counsel; and (b) without a pre-deprivation hearing before a neutral decisionmaker to evaluate whether Petitioner's re-detention is warranted based on flight risk or a danger to the community, unless special circumstances exist that justify immediate re-detention and a post-deprivation hearing.

DATED:  June 23, 2026

_____

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2