**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MANISH KUMAR,** | ) **NO. EDCV 26-01152 JLS (KS)** |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) **JUDGMENT** |
| | ) |
| | ) |
| **PAM BONDI,** *in her official capacity as* | ) |
| *Attorney General*, **et al.,** | ) |
| | ) |
| **Respondents.** | ) |
| _____ | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge ("Order"), IT IS ADJUDGED that the pending Petition is GRANTED and a writ of habeas corpus shall issue consistent with the terms of the Order.

DATED:  June 23, 2026

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE